**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

LINDA L. LONG,

                Plaintiff,

-vs-                                      Case No.  2:12-cv-14-FtM-99SPC

F.I.A. CARD SERVICES, N.A., formerly known as BANK OF AMERICA N.A., WEST ASSET MANAGEMENT INC.,

                Defendants.

_____

**<u>ORDER</u>**

This matter comes before the Court on Plaintiff's Agreed Motion to Extend All Deadlines (Doc. #36) filed on April 13, 2012.  Plaintiff, Linda J. Long, moves the Court to enter an Order extending all deadlines referenced in the Case Management and Scheduling Order (Doc. #34), including the deadline for Plaintiff to respond to Defendant's Motion to Dismiss the Amended Complaint. (Doc. #9-1).

As grounds, the Plaintiff states that this Court has entered a Report and Recommendation stating that Plaintiff's Amended Motion for Remand should be granted. (Doc. #35).  Plaintiff's response to Defendant's Motion to Dismiss Amended Complaint is due on April 18, 2012.  If the Court grants Plaintiff's Amended Motion for Remand, Plaintiff will not be required to file a response to Defendant's Motion to Dismiss the Amended Complaint.  Pursuant to Local Rule 3.01(g), the Plaintiff conferred with the Defendant and represents that the Motion is unopposed.  As such, the Court finds good cause to grant Plaintiff's request.

Accordingly, it is now

**ORDERED:**

Plaintiff's Agreed Motion to Extend All Deadlines (Doc. #36) is **GRANTED**. The Parties will submit a proposed amended case management report within **ten (10) days** following the Court's ruling on the Amended Motion to Remand.

**DONE AND ORDERED** at Fort Myers, Florida, this ___18th___ day of April, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record