# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

LINDA J. LONG,

    Plaintiff,

vs.                                                 Case No. 2:12-cv-00014-UA-SPC

FIA CARD SERVICES, N.A., et al.,

    Defendants.
_____/

## ORDER

BEFORE THE COURT is the Magistrate Judge's Report and Recommendation (Dkt. 35) which recommends that Plaintiff's amended motion for remand (Dkt. 17) be granted. Plaintiff and West Asset Management have filed objections (Dkts. 38, 39) and responses (Dkts. 40, 41).

Plaintiff objects that this action was not removed within 30 days of the date on which she moved to amend her complaint to add a claim for punitive damages. The Court agrees with the Magistrate that the 30 day period begins when a motion to amend is granted, not when it is filed.

West objects that Plaintiff is "hiding the ball" by refusing to stipulate that her damages are less than $75,000. But the Eleventh Circuit has made clear that the jurisdictional amount is not established simply because a plaintiff "refuses to stipulate that her claims do not exceed $75,000." *Williams v. Best Buy Co.*, 269 F.3d 1316, 1320 (11th Cir. 2001). "There are several reasons why a plaintiff would not so stipulate, and a refusal to stipulate standing alone does not satisfy [Defendant's] burden of proof on the jurisdictional issue." *Id.*

West further objects that the Magistrate failed to account for actual damages. Yet, West made no effort to quantify the amount of actual damages at issue in this case by filing written discovery

responses or any other evidence.[1] West therefore failed to satisfy its burden of showing that Plaintiff's actual damages would lift the amount in controversy beyond the jurisdictional threshold.

Accordingly, after careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, it is ORDERED that

(1) The parties' objections are overruled, and the Report and Recommendation (Dkt. 35) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

(2) Plaintiff's motion to remand (Dkt. 17) is GRANTED. This cause is REMANDED to state court pursuant to 28 U.S.C. § 1447(c). The Clerk is directed to send a certified copy of this order to the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida and to CLOSE the case.

(3) Plaintiff's request for attorney's fees and costs is DENIED, as the removal of this action was not objectively unreasonable.

**DONE AND ORDERED** this 20th day of June, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record

---

[1] Although West cites several online news articles regarding this action, none of the articles establishes the amount of Plaintiff's actual damages.